IN THE UNITED STATES DISTRICT COURT

THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TARIQ MUHAMMAD, PLAINTIFF, <br><br> V. <br><br> OREGON DEPT. OF CORRECTIONS, DIR. COLETTE PETERS, C.O. VANDYKE, C.O. CARBJHAUL, CATHY BRYANT-KARE (BHS) KAROL RHOADES e.t. al DEFENDANT(S); SUED IN THEIR INDIVIDUAL AND (OFFICIAL) CAPACITIES. | CASE No. 6:20-cv-00564-IM <br><br> CIVIL COMPLAINT <br><br> TYPE: FED. QUESTION <br><br> JURISDICTION: 42 U.S.C. § 1983. <br><br> AD HOC SIC <br><br> JURY TRIAL REQUE- STED. |

STATEMENT OF CASE:
PLAINTIFF ASSERTS DEFENDANT'S ACTED UNDER COLOR OF STATE LAW, IN

P. 1 OF 8

THEIR (OFFICIAL) AND INDIVIDUAL CAPACITIES TO VIOLATE HIS CONSTITUTIONAL, CIVIL, AND HUMAN RIGHTS A MYRIAD OF TIMES; BETWEEN 07-2019; TO PRESENT.

CLAIM (1): ON, OR ABOUT; 07-19-2019; OREGON STATE PENITENTIARY CAPTAIN ADAMSON; 2605 STATE ST., SALEM, OREGON 97310; DID UNLAWFULLY CONFISCATE AND (DESTROY) PLAINTIFF MUSLIM HEAD COVERING i.e. (KUFI); WITHOUT JUST CAUSE OR DUE PROCESS UNDER THE LAW. PLAINTIFF FURTHER CLAIMS; CAPTAIN ADAMSON ACTED IN HIS (OFFICIAL) CAPACITY; UNDER COLOR OF STATE AND FEDERAL LAW: ART 1 SEC. 1, 2, 3, 11, 13, 26, 41 OF THE OREGON CONSTITUTION; AND THE 1ST, 5TH, 8TH, 10TH, AND 14TH AMENDMENTS OF THE UNITED STATES CONSTITUTION. CONSTITUTIONAL ABRIDGEMENT NEGATES THE

EXHAUSTION RULE. *TORTS SATISFIED PER (ORS 30.275); FOR ALL CLAIMS HEREIN.

CLAIM (2): ON 08-14-2019; (KAROL RHOADES) BEHAVIORAL HEALTH SERVICES (BHS) COUNSELOR K. RHOADES; FOR PLAINTIFF AT (OSP), 2605 STATE ST., SALEM, OREGON 97310; DID VIOLATE UNDER COLOR OF STATE LAW, IN HER (OFFICIAL) CAPICITY; PLAINTIFFS RIGHTS TO FREEDOM OF RELIGION, PRESS, SPEECH, AND EXPRESSION; IN A (ODOC) INMATE COMMUNICATION REPLY; -BY SAYING TO PLAINTIFF: "PLEASE (REFRAIN) FROM (WRITING) * ME SCRIPTURE!" "I DON'T NEED TO HEAR YOUR RELIGIOUS OPINION!" "IF YOU WRITE ME ABOUT ONLY MENTAL HEALTH QUESTIONS; THAT IS ALL I WANT!!" THIS VIOLATES THE OREGON CONSTITUTION ART. 1 SEC. 1, 2, 3, 8, 13, 4th; AND THE 1st, 5th, 8th, 10th, AND 14th. AMENDMENTS OF THE U.S. CONST.! TORTS SATISFIED! EXHAUSTION RULE MOOT!

P. 3 OF 8

#777 STANTON BLVD.;
ONTARIO, OR. 97914

CLAIM (3): ON 08-28-2019; SNAKE RIVER CORRECTIONAL INSTITUTION (SRCI) CORRECTIONS OFFICER (C.O.) LAWSON; VIOLATED PLAINTIFFS RIGHTS TO BE ADDRESSED BY HIS MUSLIM AND (TRUE) NAME; TARIQ MUHAMMAD; NOT "DUDE"! (QUR'AN 49:13) (QUR'AN 49:11-12) WHEN PLAINTIFF TOLD C.O. LAWSON: "ISLAM PROHIBITS NICKNAMES, LIKE "DUDE"!" C.O. LAWSON SAID: "YOUR NAME IS "DUDE"! I DON'T CARE ABOUT YOUR RELIGION!! "DUDE"! "DUDE"! "DUDE"!! THIS CONTINUED FOR DAYS ON END! (SRCI) Sgt. ALI; AND C.O. STARKS; AND MONREAL WITNESSED THIS MAD RACIST IN ACTION! Sgt. ALI FINALLY SAID: "JUST IGNORE THAT GUY"! C.O. LAWSON WAS ACTING IN HIS (OFFICIAL) CAPACITY TO MALICIOUSLY AND NEGLIGENTLY AND CRUELY VIOLATE LAWS UNDER COLOR OF STATE LAW! (ART 1 SEC. 2,3,13,41 OF ORE. CONST.! 1ST AMENDMENT U.S. CONST.!)

P. 4 of 8

CLAIM: (4): ON 08-29-2019, AND 08-30-2019 C.O. CARBEJHAUL REFUSED PLAINTIFF TOILETRIES, AND CONSTANTLY MADE VICIOUS AND PROFANE COMMENTS ABOUT PLAINTIFF'S MUSLIM PRAYER PRACTICES, AND EVEN WOULD BANG AND KICK PLAINTIFF'S CELL DOOR NON-STOP! IN DS-27; AT SRCI, 777 STANTON BLVD., ONTARIO, OR., 97914. C.O. CARBEJHAUL ACTED IN HIS OFFICIAL CAPACITY UNDER COLOR OF STATE LAW; TO CRUELY TAUNT AND CURSE AT PLAINTIFF, FOR SPEAKING AGAINST HIS UNJUST SPEECH AND ACTIONS IN FRONT OF C.O. STARKS IAN MONREAL; AND LAWSON ext.al.! ART 1 SEC. 1,2,3,13,41 ABRIDGED OR. CONST. *MEACHUM V. FANO, 427 U.S. 215 (1976). 8TH AMENDMENT, PLAINTIFF IS MENTALLY DISABLED PER ADA!

CLAIM (5): ON 01-16-2020, AT

P. 5 of 8

(SRCI), 777 Stanton Blvd, Ontario, OR. 97914; C.O. Vandyke e.t.al Denied plaintiff meals and writing materials and hygiene supplies; for plaintiff speaking against disrespect of his religious rights to (speak)! C.O. Vandyke et.al uses illegal words like: "Shut-up!" e.t.al Plaintiff replied: "You Don't (Qur'an 9:33) Tell no man to shut-up!" (Qur'an 4:135) "Tell your mama and (ORS 41.010) female dog to shut-up!" "This is not hitler germany! Nor 1500 A." "Respect your elders!" "But first respect yourself, and you would automatically respect others!" "You would even give hitler his meals; and maybe even a prado if you people hate a black voice!!" "That's why you killed milk!" (e.t.al) C.O. Vandyke acted in her official capacity; under the (obvious) color of state law!

p. 6 of 8

CLAIM (6): ON 01-31-2020; DR. GULIC, AT (SRCI), 777 STANTON BLVD., ONTARIO, ORE., CONFIRMED PLAINTIFF HAS A DISPLACED NOSE FRACTURE; AND RIB FRACTURE; SUFFERED BY PLAINTIFF'S (ODOC) CELL-MATE e.t.al; TRYING TO PRESSURE MUSLIM PLAINTIFF INTO (SEX) i.e. HOMOSEXUAL RAPE! PLAINTIFF REFUSED TO SUCK HIS CELL MATES PENIS; AND WAS SEVERELY BEATEN! ODOC WAS MADE AWARE IN PRIOR TORT CLAIMS, GRIEVANCES, AND PLEAS TO STAFF, AS WELL AS (BHS) COUNSELORS; THAT HE NEEDS (BHS) HOUSING AND/OR A SINGLE CELL; FOR HIS (ADA) SANCTIONED SEVERE MENTAL ILLNESS! COLETTE PETERS, DIRECTOR OF ODOC. IS (RESPONSIBLE) FOR THE HEALTH, CARE AND SAFETY OF PLAINTIFF PURSUANT TO ART. 1 SEC. 10, 11, 12, 13, 22, 26, AND 41 OF THE OR. CONST. AND THE 1ST, 5TH, 8TH, 10TH, AND

P. 7 of 8

14TH AMENDMENT OF THE U.S. CONST.! SHE ACTED IN NEGLI-GENCE IN HER OFFICAL CAPACITY; UNDER THE COLOR OF STATE LAW! PLAINTIFF HAS STATED SOUND LAW TO SUPPORT FLAWLESS CLAIMS HEREIN; IN PLAIN, CLEAR AND CONCISE ENGLISH! PLAINTIFF PRAYS FOR (JUSTICE)!

RELIEF SOUGHT:

PLAINTIFF SEEKS COMPENSATORY DAMAGE RELIEF IN THE AMOUNT OF $4,000,000.00 U.S. DOLLARS/EUROS.... AND $4,000,000.00 U.S. DOLLARS IN PUNITIVE DAMAGE RELIEF. A JURY TRIAL IS ALSO REQUESTED.

INJUNCTIVE RELIEF:
ORDER (ODOC) TO KEEP EX-CELL MATE (RAPIST) FRONETIS-UVANES-RAMIREZ # 18843575; WHO IS A HOMOSEXUAL PERVERT-AWAY! AND TO CHARGE HIM IN MALHEUR COUNTY CIRCUIT COURT FOR ASSAULT/et.al I.E. IN THE INTEREST OF JUSTICE! TARIQ MUHAMMAD, PLAINTIFF.

P. 8 of 8    (P. 8 of 8)

04-01-2020

CERTIFICATE OF SERVICE:
I TARIQ MUHAMMAD,
HEREBY CERTIFY UNDER
SWORN OATH; THAT
I SERVED A TRUE AND
ORIGINAL HANDWRITTEN
COPY OF THE FOREGOING
CIVIL RIGHTS
COMPLAINT UPON
U.S. DISTRICT OF OF
OREGON, 1000 S.W. 3RD
AVE PDX, OR. 97204;
BY MAILING IN A
U.S. POSTAL BOX AT
OSP 2605 STATE ST.,
SALEM, OR. 97310
CERTIFIED BY ME
AT SUCH ON 04-01-2020.
TARIQ MUHAMMAD.

DEAR CLERK: PLEASE
PROCESS & SEND ME
FORMA PAUPERIS PAPERS!
THANK YOU ASAP. ☺

**Oregon Department of Corrections - Inmate Mail**
Institution: OSP       SID: 5543589
Name: TARIQ MUHAMMAD
Address: 2605 STATE ST.
City: SALEM    State: OR   Zip: 97310

PORTLAND OR 972
03 APR 2020 PM 5 L



OFFICE OF THE CLERK
MARK O. HATFIELD U.S. COURTHOUSE
1000 SW 3RD AVE. (STE. 740)
PORTLAND, OREGON 97204

97204-293099